IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY CLARK et al.,

    Plaintiff,

v.                              Case No. 17CV393

BRIAN FOSTER et al.,

    Defendants.

## DEFENDANT'S EXPERT DISCLOSURE

Defendant, by her attorneys, hereby makes the following disclosures, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's Pretrial Conference Order, regarding witnesses who may be called in the trial of this matter to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Retained Experts:

    None.

Non-Retained Experts:

    1.    Heather Heinen is employed as a Correctional Officer for the Wisconsin Department of Corrections. She is a Defendant in this matter. Ms. Heinen has not been retained or specifically employed to provide expert testimony and her duties do not regularly involve giving expert testimony.

She may give testimony regarding the policies and procedures of the Department of Corrections and Division of Adult Institutions. She may also testify regarding her involvement in the March 16, 2017 incident with Plaintiff. Ms. Heinen can be contacted through the undersigned counsel.

2. Any psychological services, medical, or health care personnel who evaluated or treated Plaintiff as disclosed in his medical and psychological services records may be called upon to present testimony at trial concerning the evaluation or care and treatment provided to Plaintiff, and will testify as to the evaluation or medical diagnoses, care and treatment provided to Plaintiff, as documented in the records.

3. Any expert witness identified by Plaintiff may be called upon to testify regarding the matters in his or her expert report or those matters otherwise disclosed by Plaintiff.

Rebuttal Experts:

To the extent that the Plaintiff produces at trial the testimony or written opinions of any experts, the Defendant reserves the right to call any medical personnel listed in Plaintiff's medical record as additional experts in rebuttal.

The Defendant reserves the right to timely name additional rebuttal experts as may be warranted by the on-going discovery in this action. The Defendant further reserves the right to call additional rebuttal witnesses, as

may be allowed in the discretion of the court based upon testimony at trial of this matter.

Dated this 26th day of July, 2018.

        Respectfully submitted,

        BRAD D. SCHIMEL
        Wisconsin Attorney General


        s/ Ann M. Peacock
        ANN M. PEACOCK
        Assistant Attorney General
        State Bar #1046175

        Attorneys for Defendant Heinen

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-9230
(608) 267-8906 (Fax)
peacockam@doj.state.wi.us