IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY N. CLARK,

                Plaintiff,

v.

HEATHER HEINEN,

                Defendant.

ORDER

17-cv-393-jdp

---

Plaintiff Jeremy N. Clark, appearing pro se, is a prisoner at Waupun Correctional Institution. He alleges that defendant Heather Heinen failed to respond appropriately to his psychotic episode, which resulted in his attempted suicide. The case is set for trial in March 2019. Clark renews his motion for the court's assistance in recruiting him counsel. Dkt. 44. I held a telephonic conference on November 9, 2018, to provide an overview of pretrial and trial procedures, and to ask Clark to further explain his reasons for seeking recruitment of counsel. After the hearing, I am persuaded that the trial in this case will likely be too complex for Clark to handle on his own, so I will grant his motion and strike the current schedule.

If I find counsel willing to represent Clark, I will advise the parties of that fact. Soon thereafter, a status conference will be held to set a new schedule. Clark should know that because of the large number of requests for counsel that the court receives, the search for counsel may take several weeks or even months and there is no guarantee that the court will find counsel willing to represent him.

ORDER

IT IS ORDERED that plaintiff Jeremy N. Clark's motion for assistance in recruiting counsel, Dkt. 44, is GRANTED. All remaining deadlines are STRUCK and the case is STAYED pending recruitment of counsel for Clark.

Entered November 9, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge