## TRIAL EXHIBIT FORM

| EXHIBIT (S) OF<br><br>DEFENDANT HEATHER HEINEN<br><br>(Indicate plaintiff or defendant) | JEREMY CLARK<br><br>V.        Case No. 17-cv-393<br><br>HEINEN | | |
|---|---|---|---|
| **Doc. Date** | **Identification** | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** / **Witness** | | |
| 1/1/16 – 2/22/18 | 501 / Clark/Larson | Medical Records Excerpt | |
| 1/1/16 – 2/22/18 | 502 / Clark/DeBlanc | Psychological Records | |
| 10/30/14 | 503 / Immerfall | DAI Policy 500.70.25 – Suicide Prevention in Adult correctional Facilities | |
| 6/22/12 | 504 / Immerfall | DAI Policy 500.70.24 – Clinical Observation | |
| 3/16/17 | 505 / Heinen | Incident Report #00261576 by Heather Heinen | |
| 3/16/17 | 506 / Klemmer | Incident Report #00261233 by Trevor Klemmer | |
| 3/16/17 | 507 / Immerfall | Incident Report #00262625 by Keith Immerfall | |
| 6/24/08 – 9/13/17 | 508 / Immerfall | Inmate Status Changes Report | |
| 3/16/17 | 509 / Klemmer, Heinen, Immerfall | Unit Logbook | |

| | | | | |
|---|---|---|---|---|
| 10/2/17 | 510 | Clark | Inmate Complaint History Report | |
| 3/27/17 | 511 | Clark | Inmate Complaint WCI-2017-8480 | |
| 12/12/16 – 5/4/17 | 512 | Clark | Canteen Purchase Record | |
| 10/26/16 – 8/19/19 | 513 | Clark | Inmate Trust Account Statement | |
| 2/1/17 – 3/31/17 | 514 | Heinen | Timesheet of Heather Heinen | |
| 8/1/16 | 515 | Clark | Settlement Agreement in 16-cv-108 | |
| 1/13/17 | 516 | Clark | Settlement Agreement in 16-cv-1984 | |
| 5/5/2017 | 517 | Heinen/Immerfall/Larson/Olson | Heinen Investigation | |
| 3/17/17 – 3/20/17 | 518 | Immerfall/Klemmers/Clark/Heinen/Olson/Larson | DOC-112 – Observation of Offender | |

**Defendants reserve the right to use any exhibit identified by Plaintiff, regardless of whether actually introduced at trial.**

2