IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JEREMY CLARK,

                Plaintiff,

v.

HEATHER HEINEN,

                Defendant.

ORDER

17-cv-393-slc
_____

Attached for the parties' consideration are draft voir dire questions, jury instructions and a special verdict form from which the court intends to work at the final pretrial conference.

Entered this 17th day of September, 2019.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge