IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY CLARK,

                Plaintiff,                              17-cv-393-slc

v.

HEATHER HEINEN,

                Defendants.

---

## II.  POST-TRIAL JURY INSTRUCTIONS

### Introduction

    Now that you have heard the evidence and the arguments, I will give you the instructions that will govern your deliberations in the jury room.  As I told you in the introductory instructions, it is my job to decide what rules of law apply to the case and to explain those rules to you in these instructions.  It is your job to follow these instructions, even if you disagree with them or don't understand the reasons for them.  You must follow <u>all</u> of the instructions; you may not follow some and ignore others.

    The decision you reach in the jury room must be unanimous.  In other words, you must all agree on the answer to each question.

    Your deliberations will be secret.  You will never have to explain your verdict to anyone.

    If you have formed any idea that I have an opinion about how the case should be decided, disregard that idea.  It is your job, not mine, to decide the facts of this case.

    The case will be submitted to you in the form of a special verdict consisting of 4 questions.  In answering these questions, you should consider only the evidence that has been received at this trial.  Do not concern yourselves with whether your answers will be favorable to one side or another, or with what the final result of this lawsuit may be.

### Answers Not Based on Guesswork

If, after you have discussed the testimony and all other evidence that bears upon a particular question, you find that the evidence is so uncertain or inadequate that you have to guess what the answer should be, then the party having the burden of proof as to that question has not met the required burden of proof.  Your answers are not to be based on guesswork or speculation.  They are to be based upon credible evidence from which you can find the existence of the facts that the party must prove in order to satisfy the burden of proof on the question under consideration.

### Absence of Evidence

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial.  Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

### Number of Witnesses

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number.  You need not accept the testimony of the larger number of witnesses.

### The Wisconsin Department of Corrections Is Not a Party

Officer Heinen is being sued as an individual.  Neither the Wisconsin Department of Corrections nor the State of Wisconsin is a party to this lawsuit.

### Requirement of Personal Involvement

Mr. Clark must prove by a preponderance of the evidence that Officer Heinen was personally involved in the conduct that Mr. Clark complains about.  You may not hold Officer Heinen liable for what others did or did not do.

**Evidence of Statutes, Administrative Rules, Regulations, and Policies**

You have heard evidence about whether Officer Heinen's conduct complied with policies, procedures, or protocols. You may consider this evidence in your deliberations. Keep in mind, however, that the issue is whether Officer Heinen consciously failed to take reasonable measures to prevent Mr. Clark from attempting to harm himself, not whether a policy, procedure, or protocol might have been complied with.

**Burden of Proof**

When a party has the burden to prove any matter by a preponderance of the evidence, it means that you must be persuaded by the testimony and exhibits that the matter sought to be proved is more probably true than not true. You should base your decision on all of the evidence, regardless of which party presented it.

**Special Verdict Questions**

I am now going to read you the entire verdict form. Note that some of the questions in the verdict are to be answered only if you answer a preceding question in a certain manner. The verdict form provides instructions about this. Read these instructions very carefully before you answer a particular question. Do not answer any question needlessly.

**Question No. 1:  Eighth Amendment Failure to Protect from Self-Harm**

The Eighth Amendment to the United States Constitution requires prison officials to protect prisoners from harming themselves under certain circumstances. Mr. Clark alleges that on March 16, 2017, Officer Heinen failed to protect him from harming himself by swallowing pills. To succeed on this claim, Mr. Clark must prove each of the following four propositions by a preponderance of the evidence:

1. There was a strong likelihood that Mr. Clark would seriously harm himself in the near future. A mere possibility of serious harm is not a strong likelihood.

2. Officer Heinen was aware of this strong likelihood that Mr. Clark would seriously harm himself in the near future, or strongly suspected facts showing a strong likelihood that Mr. Clark would seriously harm himself but refused to confirm whether these facts were true. You may infer this from evidence showing that the risk was obvious. It is not enough for Mr. Clark to prove that Officer Heinen could have known or should have known about the risk.

3. Officer Heinen consciously failed to take reasonable measures to prevent Mr. Clark from seriously harming himself. In deciding this, you may consider how serious the potential harm to Mr. Clark was, how difficult it would have been for Officer Heinen to take corrective action, and whether Officer Heinen had legitimate reasons related to safety or security for failing to act.

4. Mr. Clark would have suffered less harm if Officer Heinen had acted reasonably.

If you find that Mr. Clark has proved each of these four propositions by a preponderance of the evidence, then you must decide for Mr. Clark by answering "yes" to Question No. 1 of the Special Verdict form, and go on to consider the question of damages in Question No. 2.

If, on the other hand, you find that Mr. Clark has failed to prove any one of these propositions by a preponderance of the evidence, then you must decide for Officer Heinen by answering "no" to Question No. 1 on the Special Verdict form, and you will not answer any more questions.

## Question No. 2: Compensatory Damages

If you decide for Officer Heinen on the question of liability (that is, if you answered "no" as to Question No. 1), then you should not consider the question of damages.

If you decide for Mr. Clark on the question of liability (that is, if you answer "yes" to Question No. 1), then you must determine what amount of damages, if any, were caused to Mr. Clark as a result of Officer Heinen's failure to protect Mr. Clark from self-harm. Mr. Clark must prove his damages by a preponderance of the evidence.

Your award of damages must be based on evidence, not speculation. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of the injury, even if they are not easy to measure.

In this case, the parties dispute whether Mr. Clark suffered a physical injury. If you find that Mr. Clark has proved by a preponderance of the evidence that he suffered a physical injury, then you also may award damages for any mental or emotional injury that Mr. Clark suffered as well. If you find that Mr. Clark did not suffer a physical injury, then you may not award damages for mental or emotional injury. Instead, you must enter a nominal damages award in the amount of one dollar ($1).

Whether or not Mr. Clark proves a physical injury, you may award punitive damages, so long as you find that Mr. Clark has met the standard for obtaining those damages. More on this below.

You should consider the following types of compensatory damages, and no others: The physical, mental, and emotional pain and suffering, disability, and/or loss of a normal life that Mr. Clark has experienced and is reasonably certain to experience in the future. No evidence of the dollar value of physical, mental, and emotional pain and suffering, disability, and/or loss of a normal life has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of pain and

suffering. You are to determine an amount that will fairly compensate Mr. Clark for the injury he sustained that were caused by Officer Heinen.

### Question Nos. 3 and 4: Punitive Damages

Punitive damages are never a matter of right. This means that you are not required to make any award of punitive damages, but you may do so if you think it is proper under the circumstances. It is in the jury's discretion to award or withhold them. Punitive damages may be awarded even if the violation of Mr. Clark's rights resulted in only nominal compensatory damages.

The purposes of punitive damages are to punish a defendant for her conduct and to serve as an example or warning to the defendant and others not to engage in similar conduct in the future.

It is Mr. Clark's burden to prove by a preponderance of the evidence that punitive damages should be assessed against Officer Heinen.

You may assess punitive damages only if you find that Officer Heinen's conduct was malicious or in reckless disregard of Mr. Clark's rights. Conduct is malicious if it is accompanied by ill will or spite, or is done for the purpose of injuring Mr. Clark. An action is in reckless disregard of Mr. Clark's rights if, under the circumstances, Officer Heinen simply did not care about Mr. Clark's rights.

If you find that punitive damages are appropriate, then you must use sound reason in setting the amount of those damages. Punitive damages, if any, should be in an amount sufficient to fulfill the purposes that I have described to you, but should not reflect bias, prejudice, or sympathy toward either party. In determining the amount of any punitive damages, you should consider the following factors:

- the reprehensibility of Officer Heinen's conduct;
- the impact of Officer Heinen's conduct on Mr. Clark;

- the relationship between Officer Heinen and Mr. Clark;
- the likelihood that Officer Heinen would repeat the conduct if an award of punitive damages is not made; and
- the relationship of any award of punitive damages to the amount of actual harm Mr. Clark suffered.

### **Selection of Presiding Juror; Communication with the Judge; Verdict**

When you go to the jury room to begin considering the evidence in this case you should first select one of the members of the jury to act as your presiding juror. This person will help to guide your discussions in the jury room.

You are free to deliberate in any way you decide or select whomever you like as a presiding juror. However, I am going to provide a general suggestion on the process to help you get started. When thinking about who should be presiding juror, you may want to consider the role that the presiding juror usually plays. He or she serves as the chairperson during the deliberations and has the responsibility of insuring that all jurors who desire to speak have a chance to do so before any vote. The presiding juror should guide the discussion and encourage all jurors to participate.

Once you are in the jury room, if you need to communicate with me, the presiding juror will send a written message to me. However, don't tell me how you stand as to your verdict. As I have mentioned before, the decision you reach must be unanimous; you must all agree.

When you have reached a decision, the presiding juror will sign the verdict form, put a date on it, and all of you will return with the verdict into the court.