IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY CLARK,

    Plaintiff,

    v.

17-cv-393-slc

BRIAN FOSTER, CAPTAIN BAUER AND
HEATHER HEINEN,

    Defendants.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Brian Foster and Captain Bauer denying plaintiff leave to proceed on his Eighth Amendment claim against defendants Foster and Bauer.

IT IS FURTHER ORDERED AND ADJUDGED that judgment in entered in favor of defendant Heather Heinen in accordance with the jury's verdict.

Approved as to form this 24th day of September, 2019.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge

| /s/ | 9/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |